BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No.9800
BETSY JEFFERIS, ESQ.
Nevada Bar No.12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
bentzminger@psalaw.net
bjefferis@psalaw.net
*Attorneys for Defendant
Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TENSY BOUCON,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01398-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

party's own costs and attorney's fees.

DATED this 19th day of December, 2016.   DATED this 20th day of December, 2016.

**RICHARD HARRIS LAW FIRM**    **PHILLIPS, SPALLAS & ANGSTADT**

_____    _____ Ryan Kerbow, Esq.
Bryan H. Blackwell, Esq.    Betsy C. Jefferis, Esq.
801 S. Fourth St.    504 South Ninth Street
Las Vegas, Nevada 89101    Las Vegas, Nevada 89101
*Attorneys for Plaintiff*    *Attorneys for Defendant*
*Tensy Boucon*    *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED December 21, 2016.

_____
**UNITED STATES DISTRICT JUDGE**

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com